AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

HOME FOOD MARKET, INC. AND PETER S.
HILL AS PRESIDENT OF HOME FOOD
MARKET, INC.

CASE NUMBER:

**04-11526 NG**

TO: (Name and address of defendant)

Peter S. Hill
As President of Home Food Market, Inc.
4 Freedom Street
Milford, MA 01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                              7-8-04

CLERK                                                                      DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                     07/14/2004

I hereby certify and return that on 07/13/2004 at 03:15pm I served a true and attested copy of the Summons in a Civil Case, Civil Cover Sheet, Complaint in this action in the following manner: To wit, by delivering in hand to PETER S. HILL, AS PRESIDENT OF HOME FOOD MARKET, INC. at 4 FREEDOM ST, MILFORD, MA. Fees: Service 30.00, Travel 16.96, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.96

Deputy Sheriff Michael J Ahearn

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                          Signature of Server

                                            _____
                                            Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.