UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HOME FOOD MARKET, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04CV11526 NG<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant Home Food Market, Inc., in the above-captioned action. Defendant was served with the complaint and summons on July 13, 2004. A copy of proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: August 19, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


   /S/ Catherine M. Campbell
Attorneys for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Kevin Hern, Jr., Esq., Riemer & Braunstein LLP, Three Center Plaza, Boston, MA 02108.

    /S/ Catherine M. Campbell