# United States District Court

_____ for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

HOME FOOD MARKET, INC. AND PETER S.
HILL AS PRESIDENT OF HOME FOOD
MARKET, INC.

# 04 - 11526 NG



A TRUE COPY ATTEST

DEPUTY SHERIFF

TO: (Name and address of defendant)

Peter S. Hill, President
Home Food Market, Inc.
4 Freedom Street
Milford, MA 01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS

7-8-04

CLERK

(BY) DEPUTY CLERK

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

07/14/2004

I hereby certify and return that on 07/13/2004 at 03:15pm I served a true and attested copy of the Summons in a Civil Case, Civil Cover Sheet, Complaint in this action in the following manner: To wit, by delivering in hand to PETER S. HILL D/B/A HOME FOOD MARKET, INC. at 4 FREEDOM ST, MILFORD, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Michael J Ahearn

_____
**Deputy Sheriff**

Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date              Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.