**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CHARLES LANGONE, as FUND MANAGER
of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND**
      **Plaintiff**

      v.

**HOME FOOD MARKET, INC., et al.**
      **Defendants**

**CIVIL ACTION
NO.   04-11526-NG**

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, **Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund**, for an order of Default for failure of the Defendant, **Home Food Market, Inc.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the said Defendant has been defaulted this **27th** day of **September, 2004**.

(NOTE: Counsel shall submit a Motion for Default Judgment and a Proposed order of Final Judgment within 14 days of this receipt.)

                **TONY ANASTAS
                CLERK OF COURT**


                By:   / s / Jolyne D'Ambrosio
**DATED:  September 27, 2004**               Deputy Clerk