UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HOME FOOD MARKET, INC., AND PETER S. HILL AS PRESIDENT OF HOME FOOD MARKET, INC.,<br><br>Defendant. | C.A. No. 04CV11526 NG |

AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)

Catherine M. Campbell deposes and says as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, PC, located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the Northern District of California, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of withdrawal liability due and owing the Pension Fund from the Defendants Home Food Market Inc., has been five (5) hours. (See attached documentation.)

3. Pursuant to financial arrangements made by this office with the Fund, services performed by an attorney in this office for the Fund are charged at the rate of $235.00 per hour for Catherine M. Campbell and $125.00 per hour for services by a paralegal. Accordingly, the amount of legal fees incurred by the Pension Fund as a result of the work performed by this office is $1,175.00 (see attached documentation).

4. Costs incurred by the Fund in pursuing this action are $295.03 (see attached documentation.)

5. The total attorneys' fees and costs incurred by the Pension Fund are $1,470.03.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF OCTOBER 2004.

    /S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, PC.
177 Milk Street
Boston, MA 02109
(617) 338-1976