| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 200.284 New England Teamsters & Trucking Industry | | | | | | | | | |
| 200.284 | 06/30/2004 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Review Fund update; Memo to file | ARCH |
| 200.284 | 06/30/2004 | 7 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court | ARCH |
| 200.284 | 07/07/2004 | 11 | A | 54 | | | 4.65 | Certified Mail Cost: Copy of Complaint to PBGC | ARCH |
| 200.284 | 07/13/2004 | 7 | A | 115 | | | 57.46 | Service of Summons and Complaint: (2350) Worcester County Sheriff's Office on P. Hill | ARCH |
| 200.284 | 07/13/2004 | 7 | A | 115 | | | 52.96 | Service of Summons and Complaint : (2350) Worcester County Sheriff's Office | ARCH |
| 200.284 | 08/05/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review correspondence and Answer | ARCH |
| 200.284 | 08/17/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of Request for Default; Letter to attorney | ARCH |
| 200.284 | 08/18/2004 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Edit of letter to attorney regarding questionnaire | ARCH |
| 200.284 | 09/08/2004 | 7 | P | 1 | 235.00 | 0.50 | 117.50 | Preparation of Request for Default and Motion for Entry of Default | 18 |
| 200.284 | 09/14/2004 | 7 | P | 134 | | | 29.96 | Online Computer Research Charges via Lexis-Nexis during the month of August 04 | 7 |
| 200.284 | 09/27/2004 | 7 | P | 1 | 235.00 | 0.50 | 117.50 | Review of court order regarding scheduling; Memo to file | 19 |
| 200.284 | 10/06/2004 | 7 | P | 1 | 235.00 | 2.50 | 587.50 | Preparation of Motion for Default | 20 |

Total for Client ID 200.284    Billable    5.00    1470.03    New England Teamsters & Trucking Industry Home Food Market

**GRAND TOTALS**

Billable    5.00    1470.03