UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HOME FOOD MARKET, INC., AND PETER S. HILL AS PRESIDENT OF HOME FOOD MARKET, INC.,<br><br>Defendant. | C.A. No. 04CV11526 NG |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PETER S. HILL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), the parties hereby stipulate to dismiss Defendant Peter S. Hill without prejudice with each party to bear his own costs.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, By his Attorney, | PETER S. HILL, By His Attorney, |
| /s/ Catherine M. Campbell | /s/ Kevin Hern, Jr |
| Catherine M. Campbell<br>BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA  02109<br>(617) 338-1976 | Kevin Hern, Jr., Esq.<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 880-3554 |
| Dated: October 28, 2004 | Dated: October 28, 2004 |