UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HOME FOOD MARKET, INC., AND PETER S. HILL AS PRESIDENT OF HOME FOOD MARKET, INC.,<br><br>Defendant. | C.A. No. 04CV11526 NG |

## JUDGMENT

A default has been entered against Home Food Market, Inc., on September 27, 2004, for failing to answer or otherwise defend.

Now, upon application and Declaration of Charles Langone demonstrating that Defendant Home Food Market, Inc., owes Plaintiff the principal sum of $88,036.00, interest in the sum of $1,179.69, liquidated damages in the sum of $17,607.20 and attorneys' fees and costs in the sum of $1,470.03, and that Defendant Home Food Market, Inc., is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Home Food Market, Inc., the sum of $108,292.92.

Dated: 10/29/04

_M. Malley_
Deputy Clerk